Nicholas Warner JONES, a/k/a Charles Jones, Petitioner–Appellant,

v.

Patrick CONROY, Warden; J. Joseph Curran, Jr., Respondents– Appellees.

No. 01–7266.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 28, 2001.

Nicholas Warner Jones, pro se.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Nicholas Warner Jones appeals the district court's order construing his petition for a writ of mandamus as a motion for reconsideration of a previous order dismissing as successive his 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) petition, and denying such motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Jones v. Conroy*, No. CA–01–1792–L (D. Md. filed Aug. 1, 2001; entered Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*